UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FAIRCHILD CORPORATION,<br><br>                      Petitioner,<br><br>    -against-<br><br>ALCOA INC.,<br><br>                      Respondent. | 07-CV-6185 (VM) |

**PETITIONER THE FAIRCHILD CORPORATION'S STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Petitioner The Fairchild Corporation ("Fairchild") certifies that Fairchild has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated:   New York, New York
             July 2, 2007

Respectfully submitted,

CAHILL GORDON & REINDEL LLP

By: _____
     Adam Zurofsky
     Tammy L. Roy
     Andrew Madar
80 Pine Street
New York, New York 10005
(212) 701-3000

*Attorneys for Petitioner*