UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>THE FAIRCHILD CORPORATION<br><br>        Petitioner and Cross-Respondent,<br><br>        vs.<br><br>ALCOA INC.<br><br>        Respondent and Cross-Petitioner. | ECF<br><br>07-CV 6185 (VM)<br><br>CORPORATE DISCLOSURE STATEMENT |

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, this is to certify that Alcoa Inc. does not have any corporate parents. No public company owns 10% or more of the company's stock.

July 17, 2007

        CRAVATH, SWAINE & MOORE LLP

        By   _____
                     Daniel Slifkin
                A member of the Firm

        Attorneys for Respondent and Cross-Petitioner
           Worldwide Plaza
             825 Eighth Avenue
             New York, NY 10019
             (212) 474-1000