UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>THE FAIRCHILD CORPORATION<br><br>      Petitioner and Cross-Respondent,<br><br>      vs.<br><br>ALCOA INC.<br><br>      Respondent and Cross-Petitioner. | ECF<br><br>07-CV 6185 (VM) |

**DECLARATION OF DANIEL SLIFKIN IN SUPPORT OF ALCOA INC.'S CROSS-PETITION TO CONFIRM AND IN OPPOSITION TO THE FAIRCHILD CORPORATION'S PETITION TO VACATE ARBITRATION AWARD**

DANIEL SLIFKIN declares as follows:

1. I am a member of the law firm of Cravath, Swaine & Moore LLP, counsel for Respondent and Cross-Petitioner Alcoa Inc.

2. This declaration is submitted in support of Alcoa Inc.'s Cross-Petition to Confirm Arbitration Award and in opposition to The Fairchild Corporation's Petition to Vacate Arbitration Award.

3. Annexed as A - V are true and correct copies of the following:

  a. Escrow Agreement between The Fairchild Corporation and Alcoa Inc., Alcoa Arbitration Exhibit 247 in the arbitration of <u>Fairchild Corp. v. Alcoa Inc.</u>, CPR File No. G-06-22H

  b. Letter from John A. Lease to B. Michael Hodge, dated November 3, 2003, Alcoa Bulk Arbitration Exhibit C, Vol.

        1 at 61-70 in the arbitration of <u>Fairchild Corp. v. Alcoa Inc.</u>, CPR File No. G-06-22H

c.    ERM Invoice, dated December 2, 2003, Alcoa Arbitration Exhibit 241 in the arbitration of <u>Fairchild Corp. v. Alcoa Inc.</u>, CPR File No. G-06-22H

d.    ERM Invoice, dated January 20, 2004, Alcoa Arbitration Exhibit 242 in the arbitration of <u>Fairchild Corp. v. Alcoa Inc.</u>, CPR File No. G-06-22H

e.    ERM Invoices, dated March 31, 2004, July 28, 2004, August 27, 2004, October 1, 2004, Alcoa Bulk Arbitration Exhibit C, Vol. 5 at 4511-14 in the arbitration of <u>Fairchild Corp. v. Alcoa Inc.</u>, CPR File No. G-06-22H

f.    Letter from Susan L. Hall to John A. Lease, dated February 25, 2005, Alcoa Arbitration Exhibit 103 in the arbitration of <u>Fairchild Corp. v. Alcoa Inc.</u>, CPR File No. G-06-22H

g.    Letter from John A. Lease to Susan L. Hall, dated July 6, 2005, Alcoa Bulk Arbitration Exhibit C, Vol. 5 at 4931-37 in the arbitration of <u>Fairchild Corp. v. Alcoa Inc.</u>, CPR File No. G-06-22H

h.    Claimant Fairchild's First Set of Interrogatories, dated August 15, 2006, in the arbitration of <u>Fairchild Corp. v. Alcoa Inc.</u>, CPR File No. G-06-22H

i.    Alcoa Inc.'s Motion for Partial Summary Judgment, dated December 1, 2006, in the arbitration of <u>Fairchild Corp. v. Alcoa Inc.</u>, CPR File No. G-06-22H

j.    Testimony of John Lease, transcript of hearing in the arbitration of <u>Fairchild Corp. v. Alcoa Inc.</u>, CPR File No. G-06-22H

k.    Summary Chart, Alcoa Arbitration Exhibit 125 in the arbitration of <u>Fairchild Corp. v. Alcoa Inc.</u>, CPR File No. G-06-22H

l.    Testimony of Susan Hall, transcript of hearing in the arbitration of <u>Fairchild Corp. v. Alcoa Inc.</u>, CPR File No. G-06-22H

m.    Alcoa Inc.'s Post-Hearing Memorandum, dated April 16, 2007, in the arbitration of <u>Fairchild Corp. v. Alcoa Inc.</u>, CPR File No. G-06-22H ("Alcoa's Post-Hearing Br.")

n.  Alcoa Inc.'s Proposed Findings of Fact and Conclusions of Law, dated April 16, 2007, in the arbitration of <u>Fairchild Corp. v. Alcoa Inc.</u>, CPR File No. G-06-22H

o.  Alcoa Inc.'s Memorandum in Reply to Fairchild Corp.'s Post-Hearing Memorandum, dated April 30, 2007, in the arbitration of <u>Fairchild Corp. v. Alcoa Inc.</u>, CPR File No. G-06-22H

p.  Letter from Evan R. Chesler to Hon. James F. Stapleton, dated May 3, 2007

q.  Letter from Adam Zurofsky to Evan R. Chesler, dated June 26, 2007

r.  Letter from Adam Zurofsky to Jo Anne Osborn, dated June 28, 2007

s.  Letter from John A. Lease to Jo Anne Osborn, dated June 28, 2007

t.  Letter from Daniel Slifkin to Adam Zurofsky, dated June 28, 2007

u.  Letter from Adam Zurofsky to Jo Anne Osborn, dated June 29, 2007

v.  Letter from Adam Zurofsky to Daniel Slifkin, dated June 29, 2007

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 17, 2007.

_____
Daniel Slifkin