

**Alcoa**

201 Isabella Street
Pittsburgh, PA 15212-5858 USA
Tel: 1 412 553 4458
Fax: 1 412 553 4822

November 3, 2003

Mr. B. Michael Hodge, Esq.
The Fairchild Corporation
45025 Aviation Drive  Suite 400
Dulles, VA   20166-7516

**VIA CERTIFIED MAIL**

Dear Mike:

**RE: PHASE II ASSESSMENT COSTS FOR FOURTEEN (14) FORMER FAIRCHILD FASTENER FACILITIES**

Alcoa Inc. (Alcoa), through its consultant Environmental Resources Management (ERM), has completed the initial Phase II environmental assessments for the following facilities:

City of Industry, CA (Temple Ave.)
City of Industry, CA (Unruh Ave.)*
Fullerton, CA*
Guarda, Portugal*
Hildesheim, Germany
Kelkheim, Germany*
Marignier, France*

Montbrison, France*
Oakleigh, Australia
Roques, France*
Saint Cosme, France*
Stoughton, MA
Torrance, CA*
Vougy, France*

The Scopes of Work (SOW) for these Phase II assessments were given to you initially at a meeting held here in Pittsburgh on November 8, 2002.  Revisions to the SOW for ten (10) of the facilities were transmitted to you by letter on April 2, 2003 (sites with asterisks had revisions to their SOW).

Phase II fieldwork, data analysis and report writing was carried out by ERM from January 2003 through October 2003. The final Phase II reports describing the fieldwork along with the findings from these assessments were prepared by ERM and copies of these reports, including the supporting field data and analytical data are being forwarded to your attention under separate cover.

In accordance with Article XI, Section 11.6, of the Acquisition Agreement among Alcoa Inc., The Fairchild Corporation, Fairchild Holding Corp, and Sheepdog, Inc. dated as of July 16, 2002 ("Agreement"), Alcoa Inc. is notifying you that the costs associated with the Phase II assessment work qualify for reimbursement pursuant to Section 11.6 of the Agreement, subject to the deductible amount as provided in Section 11.2(a)(iv) of the Agreement. The cost for this Phase II work is currently $940,000.  Copies of ERM invoices showing cost breakdowns for each site are included  (see Attachment).  This does not represent our total claim, and we reserve the right to submit additional claims for indemnification as permitted under the Agreement.

Please contact me with any questions regarding this information at (412) 553-4458 or by e-mail at:  john.lease@alcoa.com.

Alcoa Project Ref. – BUAFS-001

FAIR50000967

Sincerely,

*John A. Lease*

John A. Lease
Alcoa Inc.

Attachment

Cc:   The Fairchild Corporation  (via certified mail)
      45025 Aviation Drive
      Suite 400
      Dulles, VA  20166-7516
      Attn: General Counsel

      Cahill Gordon & Reindel  (via certified mail)
      80 Pine Street
      New York, NY  10005
      Attn:   James J. Clark, Esq.
              Luis R. Penalver, Esq.


      Sanford Harvey – Alcoa Inc.    (via email)
      Diane Lazzaris – Alcoa Inc.    (via email)
      Claire Miller – Alcoa Inc.     (via email)

Alcoa Project Ref. – BUAFS-001

FAIR50000968

Bcc: (via e mail)

Ken Ford – AFS, Torrance, CA
Greg Hann – AFS, Torrance CA
Eleanor Wang – AFS, Torrance, CA
James Boyt – GBS-EHSS, Pittsburgh, PA

Alcoa Project Ref. – BUAFS-001

**Attachment**

FAIR50000970



Environmental Resources Management
855 Springdale Drive
Exton, Pennsylvania 19341
(610) 524-3500

Please Remit to: Environmental Resources Management, Inc.

Wiring Instructions:
Commerce Bank/Pennsylvania, N.A.
Philadelphia, PA
ABA No.: 036001808
Credit to: ERM, Inc.
Account No.: 360930481

Check Payments:
P.O. Box 13327
Philadelphia, PA 19101

ACH Transfers:
Commerce Bank/Pennsylvania, N.A.
Philadelphia, PA
ABA No.: 036001808
Credit to: ERM, Inc.
Account No.: 360930481

# 3025366

MARCH 27, 2003
INVOICE NO. MS 00299
PROJECT NO. Y6332.01

JOHN LEASE
ALCOA
ALCOA CORPORATE CENTER A5A07
201 ISABELLA STREET
PITTSBURGH, PA 15212-5858

FOR: PROJECT PHI PHASE II INVESTIGATIONS

PROFESSIONAL SERVICES FOR THE TWO-MONTH PERIOD ENDING JANUARY 31, 2003

**TOTAL THIS INVOICE:**            **$83,928.44**

| Code | Location | Amount |
|---|---|---|
| Y6332.01.01 | PROJECT MANAGEMENT | $18,792.50 |
| Y6332.02.01 | FULLERTON, CA | $4,313.00 |
| Y6332.03.01 | TORRANCE, CA | $3,692.00 |
| Y6332.04.01 | COI TEMPLE AVE | $3,033.00 |
| Y6332.05.01 | COI UNRUH AVE | $3,840.00 |
| Y6332.06.01 | STOUGHTON, MA | $2,473.94 |
| Y6332.07.01 | HILDESHEIM, GERMANY | $7,741.50 |
| Y6332.08.01 | KELKHEIM, GERMANY | $2,355.00 |
| Y6332.09.01 | MONTBRISON, FRANCE | $3,705.00 |
| Y6332.10.01 | VOUGY, FRANCE | $3,762.50 |
| Y6332.11.01 | ROQUES, FRANCE | $3,900.00 |
| Y6332.12.01 | SAINT COSME, FRANCE | $10,175.00 |
| Y6332.13.01 | MARIGNIER, FRANCE | $3,567.50 |
| Y6332.14.01 | GUARDA, PORTUGAL | $12,017.50 |
| Y6332.15.01 | OAKLEIGH, AUSTRALIA | $560.00 |

Approved: John A. Lease

Bill to:
00590.96204.81000000.2550.00000.00000.0000

RM Tax I.D. Number: 23-2889340      Invoices over 30 days will be subject to a service charge of 1.5% per month (18% Annual Rate).

APRIL 25, 2003
INVOICE NO. MS 00428
PROJECT NO. Y6332.00.01

JOHN LEASE
ALCOA
ALCOA CORPORATE CENMTER -A5A07
201 ISABELLA STREET
PITTSBURGH, PA 15212-5858

FOR: PROJECT PHI PHASE II INVESTIGATIONS

PROFESSIONAL SERVICES FOR 1-MONTH PERIOD ENDING FEBRUARY 28, 2003

| | | | |
|---|---|---|---|
| TOTAL THIS INVOICE: | | | $179,073.96 |
| Y6332.01.01 | PROJECT MANAGEMENT | | $11,126.50 |
| Y6332.02.01 | FULLERTON, CA | | $12,451.79 |
| Y6332.03.01 | TORRANCE, CA | | $5,392.59 |
| Y6332.04.01 | COI TEMPLE AVE, CA | | $4,275.05 |
| Y6332.05.01 | COI UNRUH AVE, CA | | $6,106.11 |
| Y6332.06.01 | STOUGHTON, MA | | $5,225.04 |
| Y6332.07.01 | HILDESCHEIM, GERMANY | (a)(b) | $46,855.37 |
| Y6332.08.01 | KELKHEIM, GERMANY | (a)(b) | $12,387.86 |
| Y6332.09.01 | MONTBRISON, FRANCE | (a) | $4,532.76 |
| Y6332.10.01 | VOUGY, FRANCE | (a) | $29,635.96 |
| Y6332.11.01 | ROQUES, FRANCE | (a) | $3,628.26 |
| Y6332.12.01 | SAINT COSME, FRANCE | (a) | $8,645.40 |
| Y6332.13.01 | MARIGNIER, FRANCE | (a) | $24,219.11 |
| Y6332.14.01 | GUARDA, PORTUGAL | (a) | $4,592.16 |
| Y6332.15.01 | OAKLEIGH, AUSTRALIA | | $0.00 |

(a) Unbudgeted Incurred costs for Exchange        $9,516.90
    Rate Differential Since Original Budgeting    (Total Exchange Rate Costs)
    For the 8 European Sites
    1 US Dollar: 0.92 Euro = 8% change

(b) Total VAT Tax for intrusive investigations    $6,018.79
    in Germany. This Tax is fully refundable to Alcoa    (Total VAT Tax)
    (as a non-German Company) on Formal Request
    to the German Government, at the completion
    of the Project

Approved.
*[signature]*
7/8/03

APRIL 29, 2003
INVOICE NO. MS01159
PROJECT NO. Y6332.XX.01

JOHN LEASE
ALCOA
ALCOA CORPORATE CENMTER - A5A07
201 ISABELLA STREET
PITTSBURGH, PA 15212-5858

FOR: PROJECT PH1 PHASE II INVESTIGATIONS

PROFESSIONAL SERVICES FOR THE PERIOD ENDING MARCH 31, 2003

TOTAL THIS INVOICE:                                         $184,959.45

| Project | Location | Amount |
|---|---|---|
| Y6332.01.01 | PROJECT MANAGEMENT | $13,070.00 |
| Y6332.02.01 | FULLERTON, CA | $23,685.85 |
| Y6332.03.01 | TORRANCE, CA | $16,096.06 |
| Y6332.04.01 | COI TEMPLE AVE | $12,198.70 |
| Y6332.05.01 | COI UNRUH AVE | $26,956.62 |
| Y6332.06.01 | STOUGHTON, MA | $5,235.13 |
| Y6332.07.01 | HILDESCHEIM, GERMANY | $0.00 |
| Y6332.08.01 | KELKHEIM, GERMANY | $0.00 |
| Y6332.09.01 | MONTBRISON, FRANCE (a) | $50,448.74 |
| Y6332.10.01 | VOUGY, FRANCE | $0.00 |
| Y6332.11.01 | ROQUES, FRANCE (a) | $25,260.85 |
| Y6332.12.01 | SAINT COSME, FRANCE | $0.00 |
| Y6332.13.01 | MARIGNIER, FRANCE | $0.00 |
| Y6332.14.01 | GUARDA, PORTUGAL | $0.00 |
| Y6332.15.01 | OAKLEIGH, AUSTRALIA | $12,007.50 |

(a) Unabudgeted incurred costs for Exchange        $9,516.90
Rate Differential Since Original Budgeting         (Total Exchange Rate Costs)

For the 8 European Sites
1 US Dollar: 0.92 Euro = 8% change

Approved. [signature] J.R. A. Lopez

JUNE 11, 2003
INVOICE NO. MS 02175
PROJECT NO. Y6332.XX.01

JOHN LEASE
ALCOA
ALCOA CORPORATE CENTER -A5A07
201 ISABELLA STREET
PITTSBURGH, PA 15212-5858

FOR: PROJECT PHI PHASE II INVESTIGATIONS

PROFESSIONAL SERVICES FOR THE PERIOD ENDING APRIL 30, 2003

TOTAL THIS INVOICE: $205,920.18

| Project | Location | | Amount |
|---|---|---|---|
| Y6332.01.01 | PROJECT MANAGEMENT | | $10,307.00 |
| Y6332.02.01 | FULLERTON, CA | | $81,676.43 |
| Y6332.03.01 | TORRANCE, CA | | $47,036.28 |
| Y6332.04.01 | COI TEMPLE AVE | | $8,611.07 |
| Y6332.05.01 | COI UNRUH AVE | | $36,576.85 |
| Y6332.06.01 | STOUGHTON, MA | | $5,926.94 |
| Y6332.07.01 | HILDESCHEIM, GERMANY | (a)(b) | $15,785.61 |
| Y6332.08.01 | KELKHEIM, GERMANY | | $0.00 |
| Y6332.09.01 | MONTBRISON, FRANCE | | $0.00 |
| Y6332.10.01 | VOUGY, FRANCE | | $0.00 |
| Y6332.11.01 | ROQUES, FRANCE | | $0.00 |
| Y6332.12.01 | SAINT COSME, FRANCE | | $0.00 |
| Y6332.13.01 | MARIGNIER, FRANCE | | $0.00 |
| Y6332.14.01 | GUARDA, PORTUGAL | | $0.00 |
| Y6332.15.01 | OAKLEIGH, AUSTRALIA | | $0.00 |

(a) Unbudgeted Incurred costs for Exchange      $1,008.02
    Rate Differential Since Original Budgeting   (Total Exchange Rate Costs)
    For the 8 European Sites
    1 US Dollar: 0.92 Euro = 8% change

(b) Total VAT Tax for intrusive investigations   $2,177.33
    in Germany. This Tax is fully refundable to Alcoa   (Total VAT Tax)
    (as a non-German Company) on Formal Request
    to the German Government, at the completion
    of the Project

Approved: John A. Lease

JUNE 11, 2003
INVOICE NO. MS 02170
PROJECT NO. Y6332.XX.01

JOHN LEASE
ALCOA
ALCOA CORPORATE CENTER - A5A07
201 ISABELLA STREET
PITTSBURGH, PA 15212-5858

FOR: PROJECT PHI PHASE II INVESTIGATIONS

PROFESSIONAL SERVICES FOR THE PERIOD ENDING APRIL 30, 2003

| | | | |
|---|---|---|---|
| **TOTAL THIS INVOICE:** | | | **$242,783.05** |
| Y6332.01.01 | PROJECT MANAGEMENT | | $0.00 |
| Y6332.02.01 | FULLERTON, CA | | $0.00 |
| Y6332.03.01 | TORRANCE, CA | | $0.00 |
| Y6332.04.01 | COI TEMPLE AVE | | $0.00 |
| Y6332.05.01 | COI UNRUH AVE | | $0.00 |
| Y6332.06.01 | STOUGHTON, MA | | $0.00 |
| Y6332.07.01 | HILDESCHEIM, GERMANY | | $0.00 |
| Y6332.08.01 | KELKHEIM, GERMANY | (a)(b) | $4,378.76 |
| Y6332.09.01 | MONTBRISON, FRANCE | (a) | $26,872.17 |
| Y6332.10.01 | VOUGY, FRANCE | (a) | $15,116.16 |
| Y6332.11.01 | ROQUES, FRANCE | (a) | $14,865.51 |
| Y6332.12.01 | SAINT COSME, FRANCE | (a) | $109,906.46 |
| Y6332.13.01 | MARIGNIER, FRANCE | (a) | $11,161.84 |
| Y6332.14.01 | GUARDA, PORTUGAL | (a) | $47,721.65 |
| Y6332.15.01 | OAKLEIGH, AUSTRALIA | | $12,760.50 |

(a) Unbudgeted Incurred costs for Exchange          $16,993.96
    Rate Differential Since Original Budgeting      (Total Exchange Rate Costs)
    For the 8 European Sites
    1 US Dollar: 0.92 Euro = 8% change

(b) Total VAT Tax for intrusive investigations      $603.97
    in Germany. This Tax is fully refundable to Alcoa   (Total VAT Tax)
    (as a non-German Company) on Formal Request
    to the German Government, at the completion
    of the Project

Approved: *John A. Lease*



**Environmental Resources Management**
855 Springdale Drive
Exton, Pennsylvania 19341
(610) 524-3500

Please Remit to: Environmental Resources Management, Inc.

| Wiring Instructions: | Check Payments: | ACH Transfers: |
|---|---|---|
| Commerce Bank/Pennsylvania, N.A. | P.O. Box 13327 | Commerce Bank/Pennsylvania, N.A. |
| Philadelphia, PA | Philadelphia, PA 19101 | Philadelphia, PA |
| ABA No.: 036001808 | | ABA No.: 036001808 |
| Credit to: ERM, Inc. | | Credit to: ERM, Inc. |
| Account No.: 360930481 | | Account No.: 360930481 |

Mr. John Lease
Alcoa
Alcoa Corporate Center - 5n07
201 Isabella Street
Pittsburgh, PA. 15212-5858

Invoice Date: 6/30/2003
Invoice #: 867
Project #: 0004021
Project Manager: JEFF FLANZENBAUM

Dept: MA03
Invoice Group: **

For Professional Services Rendered through: 5/23/2003
Project Phi Phase II Investigations

Project :004021 ( Formerly Y6332)

| Phase # | | |
|---|---|---|
| 001 | PROJECT MANAGEMENT | $7,790.00 |
| 002 | FULLERTON, CA | $5,419.86 |
| 003 | TORRANCE, CA | $17,912.13 |
| 004 | COI TEMPLE AVE, CA | $2,905.00 |
| 005 | COI UNRUH AVE, CA | $4,741.91 |
| 006 | STOUGHTON, MA | $4,744.11 |
| 007 | HILDESCHEIM, GERMANY | $0.00 |
| 008 | KELKHEIM, GERMANY | $0.00 |
| 009 | MONTBRISON, FRANCE | $0.00 |
| 010 | VOUGY, FRANCE | $0.00 |
| 011 | ROQUES, FRANCE | $0.00 |
| 012 | SAINT COSME, FRANCE | $0.00 |
| 013 | MARIGNIER, FRANCE | $0.00 |
| 014 | GUARDA, PORTUGAL | $0.00 |
| 015 | OAKLEIGH, AUSTRALIA | $815.00 |

TOTAL THIS INVOICE: $44,328.01

ERM Tax I.D. Number: 23-2889340

Invoices over 30 days will be subject to a service charge of 1.5% per month (18% Annual Rate).

5-02

FAIR50000976