**ERM France**

10, rue du faubourg
Poissonnière
75010 Paris
Téléphone 01 53 24 10 30
Facsimilé 01 53 24 10 40
Email : ermfrance@erm.co

5 DEC. 2003

02/12/2003

Alcoa Fastening Systems
ZI de Survaure
BP 84 42602 Montbrison Cédex
France
TVA : FR 818 863 50 230

36280.001.1

Facture Numéro : FR03/1080P/3323
Titre du projet : Assistance environnementale du site Alcoa Fastening Systems de Montbrison
Numéro du projet : PF3323
Vos réf : Bon de commande N°19188
Contact : Laurent BORSON




ERM

| Description | EUR |
|---|---|
| Facture Partielle | |
| Honoraires pour la période du lundi 12/11 au 28/11/2003 | |
| Philippe Simon: du 12 au 21 Novembre : 8 jours @575 EUR/jour | 4600,00 |
| Raphaël Gosset : du 24 au 28 Novembre : 5 jours @575 EUR/jour | 2875,00 |
| Frais de Raphaël Gosset du 13 Octobre au 23 Novembre sans frais de voyage | 1600,68 |
| Frais de Philippe Simon du 30 Octobre au 21 Novembre : sans frais de voyage | 672,08 |
| Frais de voyage pour la période Octobre-Novembre : | 3069,69 |
| Sous Total | 12 442,97 |
| TVA 19,6% | 2 438,82 |
| Total Général     EUR | 14 881,79 |

Approuvé pour ERM :

Bruno Osa...
Directeur de Projet

Valeur en votre aimable règlement comptant, net sans escompte, à réception de facture par chèque à l'ordre de ERM France ou par virement bancaire sur le compte BNP :

30004  00811  00010151319 80   BNP Paribas Paris Gare du Nord
Addresse Swift : BNP AF RPPPGN

En cas de règlement postérieur à la date du 01/01/2004, il sera appliqué en pénalité des intérêts de retard au taux prévu figurant à l'article 5 des Conditions Générales de fournitures de services imprimés au verso.

ALCOA
ARBITRATION
EXHIBIT
241

Société Anonyme au capital
de 144.000 €

RCS Paris B 393 898 325
N° TVA FR 533 93898325
SIRET 393 898 325 00021

Membre du
groupe international ERM

Bureaux dans le monde entier

FAIR50002055