ERM France

10, rue du faubourg
Poissonnière
75010 Paris
Téléphone 01 53 24 10
Facsimilé 01 53 24 10 4(
Email : ermfrance@erm.(

26 JAN. 2004

20/01/2004

Alcoa Fastening Systems
ZI de Survaure

BP 84 42602 Montbrison Cédex
FRANCE
TVA : FR 818 863 50 230

*Facture Numéro : FR03/1202P/3323*
*Titre du projet : Assistance de 3 mois*
*Numéro du projet : PF3323*
*Vos réf : Bon de commande N°19188*
*Contact : Laurent BORSON*



OK copie
LB

| Description | EUR |
|---|---|
| Facture partielle | |
| Honoraires et frais pour la période du mois de Décembre | 9200,00 |
| Raphaël Gosset : 16 jours @ 575 EUR/jour = 9200 EUR | |
| Frais de voyage pour la période du mois de Décembre | 715,36 |
| Frais de Raphaël Gosset pour le mois de Décembre | 1713,77 |
| **Sous Total** | 11 629,13 |
| TVA 19,6%       36280.00 | 2 279,31 |
| **Total Général**                    EUR | 13 908,44 |

Approuvé pour ERM :

Bruno Osanno
Directeur de Projet

Valeur en votre aimable règlement comptant, net sans escompte, à réception de facture par chèque à l'ordre de ERM France ou par virement bancaire sur le compte BNP :

30004  00811  00010151319 80   BNP Paribas Paris Gare du Nord
Addresse Swift : BNP AF RPPPGN

En cas de règlement postérieur à la date du 03/02/2004, il sera appliqué en pénalité des intérêts de retard au taux prévu figurant à l'article 5 des Conditions Générales de fournitures de services imprimés au verso.

**ALCOA ARBITRATION EXHIBIT 242**

Société Anonyme au capital
de 144.000 €

RCS Paris B 393 898 325
N° TVA FR 533 93898325
SIRET 393 898 325 00021

Membre du
groupe international ERM

Bureaux dans le monde entier

FAIR50002054