ERM Invoices

31/03/2004

Alcoa Fastening Systems Private
BP 84 - Route de Boen
ZI de Survaure
42602 MONTBRISON

TVA : FR 818 863 50 230

*Facture Numéro* : FR03/1377P/3303
*Titre du projet* : EDR - Alcoa - Montbrison
*Numéro du projet* : PF3303
*Vos réf* : Commande N° 20071 du 12/03/04
*Contact* : Monsieur GROS

| Description | EUR |
|---|---|
| 40 % du montant de la commande, Investigations de terrain (forages, analyses, etc.) | 49 005,49 |
| | |
| Sous Total | 49 005,49 |
| TVA 19,6% | 9 605,08 |
| Total Général               EUR | 58 610,57 |
| Approuvé pour ERM : | |

Samir Magnouni
Chef de projet

Valeur en votre aimable règlement comptant, net sans escompte, à réception de facture par chèque à l'ordre de ERM France ou par virement bancaire sur le compte BNP :

30004   00811   00010151319 80   BNP Paribas Paris Gare du Nord
Addresse Swift : BNP AF RPPPGN

En cas de règlement postérieur à la date du 15/05/2004, il sera appliqué en pénalité des intérêts de retard au taux prévu figurant à l'article 5 des Conditions Générales de fournitures de services imprimés au verso.

28/07/2004

Alcoa Fastening Systems Private
BP 84 - Route de Boen
ZI de Survaure
42602 MONTBRISON

TVA : FR 818 863 50 230

*Facture Numéro : FR04/192P/3303*
*Titre du projet : EDR - Alcoa - Montbrison*
*Numéro du projet : PF3303*
*Vos réf : Commande N° 20071 du 12/03/04*
*Contact : Monsieur GROS*

| Description | EUR |
|---|---|
| Investigations de terrain (forages, analyses, etc.) (Détail dans le tableau ci-joint) | 58537,48 |
| Sous Total | 58 537,48 |
| TVA 19,6% | 11 473,35 |
| Total Général      EUR | 70 010,83 |

Approuvé pour ERM :

Samir Magnouni
Chef de Projet

Valeur en votre aimable règlement comptant, net sans escompte, à réception de facture par chèque à l'ordre de ERM France ou par virement bancaire sur le compte BNP :

30004  00811  00010151319 80   BNP Paribas Paris Gare du Nord
Address Swift : BNP AF RPPPGN

En cas de règlement postérieur à la date du 28/07/2004, il sera appliqué en pénalité des intérêts de retard au taux prévu figurant à l'article 5 des Conditions Générales de fournitures de services imprimés au verso.

27/08/2004

Alcoa Fastening Systems
BP 84 - Route de Boen
ZI de Survaure
42602 MONTBRISON

TVA : FR 818 863 50 230

Facture Numéro : FR04/247P/3884
Titre du projet : Investigations complémentaires
Numéro du projet : PF3884
Vos réf : Commande N° 20071 du 12/03/04
Contact : Monsieur GROS

| Description | EUR |
|---|---|
| Acompte de 40%, à la commande 40% Advance payment, on order | 25062,80 |
| Sous Total | 25 062,80 |
| TVA 19,6% | 4 912,31 |
| Total Général    EUR | 29 975,11 |

Approuvé pour ERM :

Samir Magnouni
Chef de Projet

Valeur en votre aimable règlement comptant, net sans escompte, à réception de facture par chèque à l'ordre de ERM France ou par virement bancaire sur le compte BNP :

30004   00811   00010151319 80   BNP Paribas Paris Gare du Nord
Addresse Swift : BNP AF RPPPGN

En cas de règlement postérieur à la date du 27/08/2004, il sera appliqué en pénalité des intérêts de retard au taux prévu figurant à l'article 5 des Conditions Générales de fournitures de services imprimés au verso.

01/10/2004

Alcoa Fastening Systems Private
BP 84 - Route de Boen
ZI de Survaure
42602 MONTBRISON

TVA : FR 818 863 50 230

*Facture Numéro : FR04/331P/3303*
*Titre du projet : EDR - Alcoa - Montbrison*
*Numéro du projet : PF3303*
*Vos réf : Commande N° 20071 du 12/03/04*
*Contact : Monsieur GROS*

| Description | EUR |
|---|---|
| Facture partielle : | |
| Honoraires : | 20000,00 |
| | |
| Sous Total | 20 000,00 |
| TVA 19,6% | 3 920,00 |
| Total Général                EUR | 23 920,00 |

Approuvé pour ERM :

Frédéric Leveau
Consultant

Valeur en votre aimable règlement comptant, à 30 jours, à réception de facture par chèque à l'ordre de ERM France ou par virement bancaire sur le compte BNP :

30004  00811  00010151319 80   BNP Paribas Paris Gare du Nord
Addresse Swift : BNP AF RPPPGN

En cas de règlement postérieur à la date du 31/10/2004, il sera appliqué en pénalité des intérêts de retard au taux prévu figurant à l'article 5 des Conditions Générales de fournitures de services imprimés au verso.