

Alcoa

201 Isabella Street
Pittsburgh, PA 15212-5858 USA
Tel: 1 412 553 4458
Fax: 1 412 553 4822

July 6, 2005

Susan L. Hall
Environmental Counsel
The Fairchild Corporation
1750 Tysons Boulevard, Suite 1400
McLean, VA 22102-4244

VIA CERTIFIED MAIL

<u>Alcoa/Fairchild</u>

Dear Ms. Hall:

In connection with the mediation session scheduled for July 13, 2005, please find enclosed a chart reflecting amounts spent by Alcoa through May 2005 for Environmental Liabilities. Some of the items on the chart (identified with an asterisk or double asterisk) have not been the subject of prior notice pursuant to Section 11.6 of the Acquisition Agreement. Accordingly, Alcoa hereby notifies Fairchild that those Environmental Liabilities are subject to indemnification under the terms of the Acquisition Agreement. As of May 2005, Alcoa had not yet incurred any expenses in connection with those Environmental Liabilities identified with a double asterisk.

Alcoa continues to incur expenses for Environmental Liabilities. To the extent that Alcoa previously provided Fairchild with notice of particular Environmental Liabilities, the enclosed chart provides more current information (through May 2005) regarding the amounts spent for those Environmental Liabilities. Alcoa will notify Fairchild of any additional Environmental Liabilities that it may identify.

Please contact me if Fairchild would like further information regarding any Environmental Liability.

Capitalized terms used in this letter have the meaning assigned to them in the July 16, 2002 Acquisition Agreement.

Sincerely,

John A. Lease

John A. Lease

Encl.
Copy w/encl. to:

David G. Januszewski, Esq.
  Cahill Gordon & Reindel LLP
  80 Pine Street
  New York, NY 10005

Environmental Liabilities through May 2005

| Location Name | Project Number | Project Title | Total |
|---|---|---|---|
| City of Industry | 36010-001 | Ground Water Treatment System | $42,903.02 |
| | 36010-005 | Obtain NPDES Permit for 110 Unruh Ave | $3,700.00 |
| | 36010-002 | Hazardous Waste Drum Storage** | $0.00 |
| | 36010-003 | DMP Integrity Assessment** | $0.00 |
| | 36010-006 | Soil Remediation Project** | $0.00 |
| | 36010-007 | Third-party Air Compliance Survey | $6,374.41 |
| | 36010-008 | Lock Tag Verify compliance | $32,883.96 |
| | 36010-009 | Confined Space Compliance* | $23,495.40 |
| | 36010-010 | Fall Protection Compliance | $56,895.57 |
| | 36010-011 | Mobile Equipment Compliance* | $3,220.00 |
| | 36010-004 | IDW Removal* | $10,413.10 |
| | 36010-012 | Machine Guarding Compliance | $361,408.63 |
| | 36010-014 | Earthquake Hazard Reduction* | $76,316.00 |
| | 36010-015 | Radiation Safety Compliance** | $0.00 |
| | 36010-016 | DPCRA EPA Form R Audit** | $0.00 |
| | 36010-017 | AST Removal & Investigation | $33,999.11 |
| | 36010-018 | Electrical Safety Compliance* | $59,048.00 |
| | P0482-G51F02319 | Temple Ave. - Groundwater Project Transition and Groundwater System Relocation Project Management | $96,895.15 |
| | P0482-G51F02368 | Temple Ave. - Groundwater Project Management and Agency Interface | $26,355.57 |
| | P0482-G51F02369 | Temple Ave - Vadose Zone - Project Management and Agency Interface | $59,028.23 |
| | P0482-G51F02389 | Temple Ave. - Vadose Zone- Supplemental Characterization and Investigation | $245,981.56 |
| | P0482-G51F02520 | Temple Ave - Groundwater Monitoring | $59,486.37 |
| | P0482-G51F02566 | Temple Avenue - Groundwater - System expansion and operations and maintenance | $246,570.34 |
| | P0482-G51F02569 | Temple Ave. -Vadose Zone - Soil Vapor Extraction activities | $58,851.72 |
| | P0482-G51F02321 | Unruh Ave. -Soil and Groundwater Scoping, Follow-up Investigation and Project Management | $75,469.38 |

**Environmental Liabilities through May 2005**

| Location Name | Project Number | Project Title | Total |
|---|---|---|---|
| Fullerton | 36020-001 | Confined Space Compliance | $49,223.88 |
| | 36020-002 | Electrical Safety Compliance | $36,598.74 |
| | 36020-003 | Fall Protection Compliance | $128,470.63 |
| | 36020-004 | Lock Tag Verify compliance | $82,787.75 |
| | 36020-005 | Machine Guarding Compliance | $560,177.67 |
| | 36020-006 | Third-party Air Compliance Survey | $35,494.49 |
| | 36020-007 | Decontaminate and Dismantle PERC Vapor Degreaser | $72,463.18 |
| | 36020-009 | IDW Removal & Disposal* | $18,166.71 |
| | 36020-011 | Storm Water Runoff Quality Control | $3,100.00 |
| | 36020-012 | Fire Safety | $2,888.50 |
| | 36020-013 | Radiation Safety Compliance | $0.00 |
| | 36020-014 | RPCRA EPA Form R Audit** | $0.00 |
| | 36020-015 | Combustion Safety* | $34,740.50 |
| | P0482-G52F02318 | Soil and Groundwater Scoping and Project Management | $8,000.00 |
| | P0482-G52F02370 | First stage of Site Characterization | $175,821.34 |
| | P0482-G52F02855 | Site Characterization and Groundwater Monitoring | $7,905.13 |
| Stoughton | 36050-001 | Septic System Leach Field | $113,318.96 |
| | 36050-003 | Confined Space Compliance* | $17,554.59 |
| | 36050-004 | Flammable Liquids Compliance | $5,800.00 |
| | 36050-005 | Lock Tag Verify compliance | $8,431.59 |
| | 36050-002 | Machine Guarding Compliance | $18,860.18 |
| | 36050-006 | Mobile Equipment Compliance* | $56,581.22 |
| | 36050-007 | Fall Protection Compliance* | $65,761.35 |
| St. Cosme | 36230-001 | Air Emissions Analysis | $13,789.74 |
| | 36230-002 | Hazardous Substances Transportation Advisor | $4,971.10 |
| | 36230-003 | Confined Space Compliance* | $43,027.81 |
| | 36230-004 | Fall Control Compliance | $36,556.15 |
| | 36230-005 | Lockout/Tagout/Verification | $116,920.60 |
| | 36230-006 | Mobile Equipment Compliance* | $24,884.74 |
| | 36230-007 | LPG Tank Explosion Hazard Study* | $3,416.16 |
| | 36230-008 | Compliance of Retirement Machines | $1,644.45 |
| | 36230-010 | Effluent Sampler for Wastewater Treatment Plant | $12,023.00 |
| | 36230-011 | Secondary Containment for Oils & Chemicals | $121,008.68 |
| | 36230-012 | Inflatable Plug for Discharge Point | $36,003.57 |
| | 36230-013 | Building for Hazardous Substance Storage | $255,056.40 |
| | 36230-014 | Compliance Of Simmonds Pneumatic Press* | $4,178.73 |
| | 36230-021 | Surface Treatment Lines Flowmeters | $3,504.29 |
| | 36230-020 | GW Well Water Meters | $1,412.15 |
| | 36230-015 | New Sanitary block | $59,751.55 |
| | 36230-016 | Analysis of Wastewater Effluents | $3,584.47 |
| | 36230-017 | Machine Guarding - 5 machines | $3,345.53 |
| | 36230-019 | LPG Tank Safety** | $0.00 |
| | 36230-022 | Plant Electrical Compliance* | $7,600.05 |
| | 36230-023 | Noise Emissions Analysis | $9,432.54 |
| | 36230-024 | Protection Against Lightening* | $45,476.74 |
| | 36230-018 | Identification of propane and methanol pipelines* | $5,084.38 |

## Environmental Liabilities through May 2005

| Location Name | Project Number | Project Title | Total |
|---|---|---|---|
| | 36230-025 | Waste Containers | $11,063.20 |
| | 36230-026 | Hazardous Waste Compliance | $24,344.04 |
| | 36230-009 | Trichloroethylene Degreasing Machine Replacement | $315,517.53 |
| | 36230-027 | Wastewater Treatment Technical Survey | $99,720.90 |
| | 36230-028 | Operating Permits | $19,227.66 |
| | 36230-030 | Asbestos Assessment | $26,300.38 |
| | 36230-031 | Heat Treatment Compliance | $167,325.57 |
| | 36230-032 | Third-party Compliance Assessment* | $29,504.92 |
| | 36230-029 | Machine Guarding Compliance | $175,973.91 |
| | 36230-033 | Noise & Air IH Survey | $4,615.34 |
| | 36230-034 | Ergonomics TS 20 & TS 10* | $50,035.00 |
| | 36230-035 | MAYPRESS 63T Compliance | $5,498.92 |
| | 36230-036 | Pedestrian & Forklifts Traffic Organization* | $8,114.24 |
| | 36230-038 | Smoking Area* | $7,359.37 |
| | 36230-040 | Extractor Pan for Chemicals* | $77,866.70 |
| | 36230-041 | Electrical Installations Non-Compliance* | $120,183.45 |
| | 36230-042 | Emergency Risks & Sign Posts* | $8,592.57 |
| | 36230-043 | Burden & Loading Tests for Cranes & Lift Equip* | $11,594.23 |
| | 36230-044 | Heat Treatment - Cooling Water Recycle | $55,124.61 |
| | 36230-045 | Emergency Lighting* | $131,379.40 |
| | 36230-046 | Secondary Containment Inside Machinery & Equipment | $233,129.18 |
| | 36230-049 | Ergonomic Problems* | $1,018.07 |
| | 36230-052 | Traffic Compliance* | $41,457.41 |
| | 36230-054 | WWTP Compliance | $40,483.30 |
| | 36230-055 | NC Work Assistance* | $11,707.58 |
| | 36230-047 | Back Flow Prevention | $3,406.10 |
| | 36230-050 | Stormwater Protection & Secondary Containment | $343,608.32 |
| | 36230-056 | Sewer Inspection | $7,743.88 |
| | 36230-058 | Semi-automatic/automatic Door Compliance* | $0.00 |
| | 36230-061 | Firewater Retention Basin* | $5,771.04 |
| | 36230-062 | Boiler Emission Stacks | $14,227.57 |
| | 36230-063 | Fire Alarm & Smoke Detection System* | $32,234.30 |
| | 36230-059 | Wastewater Compliance | $18,720.73 |
| | 36230-060 | Septic Tank* | $84,259.80 |
| | 36230-065 | Wastewater Treatment Plant | $1,064,906.07 |
| | 36230-066 | Heat Treatment - Cooling Water Recycle #2 | $249,929.71 |
| | 36230-067 | High Pressure Jet Washing* | $113,203.26 |
| | P0482-G68F02272 | Simplified Risk Assessment | $9,328.00 |
| | P0482-G68F02580 | Detailed Risk Assessment | $88,124.45 |

**Environmental Liabilities through May 2005**

| Location Name | Project Number | Project Title | Total |
|---|---|---|---|
| Toulouse | 36360-001 | Collect & Storage Tanks for Treatment of Nitrate Elements* | $47,011.67 |
| | 36360-002 | Interior & External Lightening Protection* | $13,296.36 |
| | 36360-003 | Hazardous Material Storage Containers | $6,120.21 |
| | 36360-004 | Parking | $583,733.78 |
| | 36360-005 | Fall Prevention Program* | $156,151.78 |
| | 36360-006 | Complete Simplified Risk Assessment | $44,130.04 |
| | 36360-007 | Air Emissions Analysis | $12,863.40 |
| | 36360-008 | Sewer System Repair | $0.00 |
| | 36360-009 | Complete LTV Procedures | $29,792.46 |
| | 36360-010 | Detailed Risk Assessment for Soil & GW Contamination | $23,873.98 |
| Montbrison | 36280-001 | Complete Compliance Assessment | $60,464.59 |
| | 36280-002 | Environmental Permit compliance Needs - Secondary Containment | $11,219.90 |
| | 36280-007 | Soil and Groundwater Simplified Risk Assessment | $15,735.76 |
| | 36280-003 | Environmental Permit Compliance Needs-Asbestos | $1,284.55 |
| | 36280-004 | LTV - Chip Crusher | $596.45 |
| | 36280-005 | Noise Survey Corrective Action | $4,604.43 |
| | 36280-006 | Fall Protection Items** | $0.00 |
| | 36280-008 | Replace Noncompliant Degreaser | $236,427.25 |
| | 36280-009 | Replace Waste Oil Underground Tank | $30,186.14 |
| | 36280-010 | Complete Boiler Monitoring Requirements* | $3,073.81 |
| | 36280-011 | Stormwater/Wastewater | $67,407.07 |
| | 36280-012 | Security Fences at Hazardous Areas* | $3,320.68 |
| | 36280-013 | Complete Detailed Risk Assessment | $0.00 |
| | 36280-014 | Emission Stack Modification and Monitoring* | $10,396.83 |
| | 36280-016 | Underground Storage Tanks Closure* | $15,014.30 |
| | 36280-015 | Machine Guarding | $7,324.44 |
| | P0482-G71F02269 | Detailed Risk Assessment for Soil & GW Contamination | $208,531.78 |

**Environmental Liabilities through May 2005**

| Location Name | Project Number | Project Title | Total |
|---|---|---|---|
| Vougy | 36320-001 | Complete Compliance Assessment | $4,575.52 |
| | 36320-002 | Simplified Risk Assessment - Soil & Groundwater* | $5,872.32 |
| | 36320-003 | Dust Collection* | $275.07 |
| | 36320-006 | Noise Survey Corrective Action* | $2,163.52 |
| | 36320-007 | Underground Fuel Tank | $25,891.00 |
| | 36320-009 | Stormwater Drains and Oil Tank | $0.00 |
| | 36320-010 | Backflow Preventers* | $453.09 |
| | 36320-012 | Fence Installation* | $19,418.25 |
| Multiple Facilities | E0086-001 | Environmental Legal Support Services** | $0.00 |
| | BUAFS-001 | Phase II Site Investigations - 14 Locations | $983,894.26 |
| Torrance | 36060-001 | Wastewater Study | $202,375.61 |
| | 36060-002 | Air Compliance Survey | $56,905.95 |
| | 36060-004 | Lock Tag Verify compliance | $88,005.23 |
| | 36060-005 | Confined Space Compliance | $59,276.81 |
| | 36060-009 | IDW Removal & Disposal* | $18,542.90 |
| | 36060-003 | Fall Protection Compliance | $132,899.36 |
| | 36060-006 | Mobile Equipment Compliance | $30,330.51 |
| | 36060-007 | Machine Guarding Compliance | $131,706.69 |
| | 36060-008 | Electrical Safety Compliance | $100,518.49 |
| | 36060-010 | Design & install Ion Exchange Columns | $60,988.84 |
| | 36060-011 | Purchase & installation of Ph and Conductivity Probes | $15,550.00 |
| | 36060-012 | Sand Filter Removal and Upgrade | $42,479.49 |
| | 36060-013 | Radiaton Safety Compliance** | $0.00 |
| | 36060-014 | DPCRA EPA Form R Audit** | $0.00 |
| | 36060-015 | Flammable Liquids Storage Cabinets** | $0.00 |
| | 36060-019 | Thermal Oxidizer Project** | $0.00 |
| | P0482-G57F02320 | Soil and Groundwater Scoping and Project Management | $10,000.00 |
| | P0482-G57F02371 | First Stage of Soil and Groundwater Investigations | $249,865.53 |
| | P0482-G57F02372 | Soil and Groundwater Project Management and Agency Interfacing | $56,793.00 |
| | P0482-G57F02600 | Second Stage of Soil and Groundwater Investigations | $184,166.59 |
| | P0482-G57F02898 | Development of Intermin Groundwater Monitoring System | $1,435.00 |
| | P0482-G57F02916 | Remediation Monitoring | $3,340.00 |
| Simi Valley | 36040-001 | Lock Tag Verify compliance | $1,621.26 |
| | 36040-002 | Confined Space Compliance* | $4,043.08 |
| | 36040-003 | Universal Waste Management | $625.00 |
| | 36040-004 | Fall Protection* | $34,772.75 |
| | 36040-005 | Machine Guarding Compliance | $14,770.47 |
| | 36040-006 | Electrical Compliance* | $8,861.00 |
| Bardon | 36540-001 | Test Portable Electrical Appliances* | $642.20 |
| | 36540-002 | Mark Gas Pipes in Warehouse* | $443.73 |
| | 36540-003 | First Aid Training* | $645.43 |

**Environmental Liabilities through May 2005**

| Location Name | Project Number | Project Title | Total |
|---|---|---|---|
| Hildesheim | 36440-001 | Modification Wastewater Treatment | $193,468.00 |
| | 36440-002 | Wet Scrubber* | $18,524.15 |
| | 36440-003 | Third-party Inspection of Electrical Equipment | $23,806.55 |
| | 36440-004 | Third-party Risk Assessment* | $37,893.70 |
| | 36440-005 | CE Conformity | $37,084.53 |
| | PO482-G79F02477 | Confirmatory Ground Water Investigation* | $15,118.03 |
| Nemesvamos | 36480-001 | Third-party Machine Guarding Assessment | $8,325.72 |
| Kelkheim | 36420-001 | Asphalt Surface Repair* | $48,521.68 |
| | 36420-002 | Machine Guarding | $37,653.77 |
| | 36420-003 | Lockout Tagout Assessment | $45,574.88 |
| | 36420-004 | Fall Control Assessment | $12,535.82 |
| | 36420-005 | Electrical Safety – CY 2004* | $31,330.68 |
| | P0482-G78F02489 | Follow-up Ground Water Investigation* | $29,455.15 |
| | P0482-G78F02564 | External Well Installation/Sampling** | $0.00 |
| Grand Total | | | $12,292,719.76 |