| Issue | Amount | Notice to Fairchild | | |
|---|---|---|---|---|
| | | Phase 1 Reports | Phase 2 Reports | Other Correspondence |
| Environmental Contamination | $4,695,281 | ✓ | ✓ | ✓ |
| Wastewater/Stormwater/Sewer/Septic | $3,553,736 | ✓ | | ✓ |
| Equipment Safety Compliance (Including Guarding/Lock-Tag-Verify/Confined Space) | $3,452,539 | ✓ | | ✓ |
| Air Emissions Compliance (Including Non-compliant Degreasers) | $860,701 | ✓ | | ✓ |
| Hazardous Materials Compliance | $731,325 | ✓ | | ✓ |
| Mobile Equipment/Traffic Compliance | $614,064 | ✓ | | ✓ |
| Fall Protection Compliance | $401,418 | ✓ | | ✓ |
| Fire Safety | $157,107 | | | ✓ |
| Electrical Safety Compliance | $150,414 | | | ✓ |
ALCOA ARBITRATION EXHIBIT 125