# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

THOMAS R. BROME
ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN E. BEERBOWER
EVAN R. CHESLER
PATRICIA GEOGHEGAN
MICHAEL L. SCHLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW

PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
WILLIAM B. BRANNAN
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
JOHN T. GAFFNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL

DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. McATEE
GARY A. BORNSTEIN

TIMOTHY G. CAMERON
KARIN A. DeMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK

SPECIAL COUNSEL

SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III
THOMAS D. BARR

OF COUNSEL

ROBERT ROSENMAN
CHRISTINE BESHAR

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1243

May 3, 2007

The Fairchild Corp. v. Alcoa Inc.
CPR File: F-06-22H

Dear Judge Stapleton:

      I hestitate to burden Your Honor with additional correspondence, but I write briefly in response to Fairchild's letter of May 2 to ensure that the record has not been obscured. There has been no failure of proof. As noted in my letter of May 1, Alcoa proved its damages both through the introduction of numerous invoices and through the competent testimony of its witnesses, including its Designated Representative to Fairchild, John Lease, who was responsible for managing Alcoa's indemnification claim process.[1] That testimony was unchallenged. Fairchild apparently made a strategic choice not to cross-examine Alcoa's witnesses about the amounts Alcoa spent, despite the fact that it had in its possession the relevant invoices.

      The shrill tone of Fairchild's letter is regrettable, and we will not resort to such tactics, but the assertion that there is no evidence of Alcoa's damages in the record is simply false.

Respectfully,

Evan R. Chesler

---

[1] See, e.g., Tr. 809:15-810:18; 902:4-25; 908:3-912:2; 941:6-19; 945:15-23; 984:8-13; 986:2-6; 1107:5-12; 1185:24-1186:6; 1398:25-1399:10; AX 69; AX 125; AX 168; AX 241; AX 242; Bulk AX C, Vol. 1 at 61-70, 71-114, 136-375, 376-586; Vol. 2 at 587-793; Vol. 5 at 4342-44, 4511-14, 4931-37; Vol. 7 at 7924-31; Vol. 22 at 23995-24006. See also, e.g., Tr. 2782:11-2783:3; 2798:22-24; 2799:19-2800:7; 2801:25-2802:7; 2803:13-18; 2852:8-19; Cl. Ex. 455; AX 32; AX 103.

2

Hon. James F. Stapleton
    Day Pitney LLP
        One Audubon Street, 6th Floor
            New Haven, CT 06511

BY EMAIL AND FEDERAL EXPRESS

Copy to:

Adam Zurofsky, Esq.
Tammy Roy, Esq.
    Cahill Gordon & Reindell LLP
        80 Pine Street
            New York, NY 10005

BY EMAIL AND FEDERAL EXPRESS