UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
THE FAIRCHILD CORPORATION,
                             Petitioner(s),

         CASE NO. 07 CV 6185 (VM)

   -against-

ALCOA, INC.,                          **AFFIDAVIT OF SERVICE**
                           Respondent(s).
-------------------------------------------------------X
STATE OF NEW YORK   )
                         s.s:
COUNTY OF NEW YORK  )

     STEVEN MITCHELL, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
     That on the 3rd day of July, 2007, at approximately 3:15 p.m., deponent served a true copy of the **PETITION TO VACATE ARBITRATION AWARD; PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF ITS PETITION TO VACATE ARBITRATION AWARD; AFFIDAVIT OF TAMMY L. ROY IN SUPPORT; JUDGES RULES; CIVIL COVER SHEET and RULE 7.1 STATEMENT** upon Alcoa, Inc. at 390 Park Avenue, New York, New York by personally delivering and leaving the same with Thomas F. Seligson, Counsel, who is authorized by appointment to accept service.
     Thomas F. Seligson is a white male, approximately 50-55 years of age, is approximately 5 feet and 10 inches tall, weighs approximately 175 pounds, is bald on top with short gray hair and was wearing glasses.

Sworn to before me this
12th day of July, 2007

                                     STEVEN MITCHELL #1164011

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851589
Qualified in New York County
Commission expires February 3, 2010