# CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, N.Y. 10005-1702

| | | | | |
|---|---|---|---|---|
| FLOYD ABRAMS | CHARLES A. GILMAN | TELEPHONE: (212) 701-3000 | MICHAEL J. OHLER | GLENN J. WALDRIP, JR. |
| L. HOWARD ADAMS | STEPHEN A. GREENE | FACSIMILE: (212) 269-5420 | KENNETH W. ORCE | MICHAEL B. WEISS |
| ROBERT A. ALESSI | ROBERT M. HALLMAN | | DAVID R. OWEN | S. PENNY WINDLE |
| ROGER ANDRUS | WILLIAM M. HARTNETT | | JOHN PAPACHRISTOS | COREY WRIGHT |
| HELENE R. BANKS | CRAIG M. HOROWITZ | 1990 K STREET, N.W. | LUIS R. PENALVER | DANIEL J. ZUBKOFF |
| MICHAEL A. BECKER | DOUGLAS S. HOROWITZ | WASHINGTON, D.C. 20006-1181 | ROY L. REGOZIN | ADAM ZUROFSKY |
| LANDIS C. BEST | DAVID G. JANUSZEWSKI | (202) 862-8900 | DEAN RINGEL | |
| GARY A. BROOKS | ELAI KATZ | FAX: (202) 862-8958 | JAMES ROBINSON | |
| SUSAN BUCKLEY | THOMAS J. KAVALER | | THORN ROSENTHAL | SENIOR COUNSEL |
| KEVIN J. BURKE | DAVID N. KELLEY | | JONATHAN A. SCHAFFZIN | LAWRENCE A. KOBRIN |
| JAMES J. CLARK | EDWARD P. KRUGMAN | AUGUSTINE HOUSE | JOHN SCHUSTER | IMMANUEL KOHN |
| BENJAMIN J. COHEN | JOEL KURTZBERG | 6A AUSTIN FRIARS | MICHAEL A. SHERMAN | DONALD J. MULVIHILL |
| CHRISTOPHER T. COX | ALIZA R. LEVINE | LONDON, ENGLAND EC2N 2HA | DARREN SILVER | |
| W. LESLIE DUFFY | GEOFFREY E. LIEBMANN | (011) 44.20.7920.9800 | HOWARD G. SLOANE | |
| ADAM M. DWORKIN | MICHAEL MACRIS | FAX: (011) 44.20.7920.9825 | LAURENCE T. SORKIN | COUNSEL |
| RICHARD E. FARLEY | ANN S. MAKICH | | LEONARD A. SPIVAK | JAY GEIGER |
| PATRICIA FARREN | JONATHAN I. MARK | | SUSANNA M. SUH | RAND McQUINN* |
| JOAN MURTAGH FRANKEL | GERARD M. MEISTRELL | WRITER'S DIRECT NUMBER | GERALD S. TANENBAUM | |
| JONATHAN J. FRANKEL | MICHAEL E. MICHETTI | (212) 701-3137 | JONATHAN D. THIER | *ADMITTED IN |
| BART FRIEDMAN | WILLIAM J. MILLER | | JOHN A. TRIPODORO | DC, TX, VA ONLY |
| CIRO A. GAMBONI | ATHY A. MOBILIA | | ROBERT USADI | |
| WILLIAM B. GANNETT | NOAH B. NEWITZ | | GEORGE WAILAND | |

July 24, 2007

Re:   The Fairchild Corporation v. Alcoa Inc.
      07 CV 6185

Dear Judge Marrero:

    At the direction of the ECF clerk, the petitioner requests permission to maintain the exhibits to the Affidavit of Tammy L. Roy In Support Of The Fairchild Corporation's Petition To Vacate Arbitration Award in hard copy with the Court, and be relieved of the duty to file them electronically, given their voluminous nature. The Affidavit and exhibits were served on the respondent on July 3, 2007, and courtesy copies have been delivered to Your Honor.

Respectfully Submitted,

Adam Zurofsky

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 660
New York, New York 10007

BY HAND

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-07

Request GRANTED. Petitioner is authorized to file in hard copy in this action the exhibits to the Affidavit of Tammy L. Roy submitted in connection with the petition herein.

SO ORDERED:

7-24-07
DATE

VICTOR MARRERO, U.S.D.J.