Pursuant to July 24, 2007 endorsement of Judge Marrero (Document 10), the voluminous exhibits attached to the July 2, 2007 Affidavit of Tammy Roy will be on file in hard copy with the Clerk's Office.