CAHILL GORDON & REINDEL LLP **ORIGINAL**

EIGHTY PINE STREET

NEW YORK, N.Y. 10005-1702

FLOYD ABRAMS
L. HOWARD ADAMS
ROBERT A. ALESSI
ROGER ANDRUS
HELENE R. BANKS
MICHAEL A. BECKER
LANDIS C. BEST
GARY A. BROOKS
SUSAN BUCKLEY
KEVIN J. BURKE
JAMES J. CLARK
BENJAMIN J. COHEN
CHRISTOPHER T. COX
W. LESLIE DUFFY
ADAM M. DWORKIN
RICHARD E. FARLEY
PATRICIA FARREN
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
BART FRIEDMAN
CIRO A. GAMBONI
WILLIAM B. GANNETT

CHARLES A. GILMAN
STEPHEN A. GREENE
ROBERT M. HALLMAN
WILLIAM M. HARTNETT
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
DAVID G. JANUSZEWSKI
ELAI KATZ
THOMAS J. KAVALER
DAVID N. KELLEY
EDWARD P. KRUGMAN
JOEL KURTZBERG
ALIZA R. LEVINE
GEOFFREY E. LIEBMANN
MICHAEL MACRIS
ANN S. MAKICH
JONATHAN I. MARK
GERARD M. MEISTRELL
MICHAEL E. MICHETTI
WILLIAM J. MILLER
ATHY A. MOBILIA
NOAH B. NEWITZ

TELEPHONE: (212) 701-3000
FACSIMILE: (212) 269-5420

1990 K STREET, N.W.
WASHINGTON, D.C. 20006-1181
(202) 862-8900
FAX: (202) 862-8958

AUGUSTINE HOUSE
6A AUSTIN FRIARS
LONDON, ENGLAND EC2N 2HA
(011) 44.20.7920.9800
FAX: (011) 44.20.7920 9825

WRITER'S DIRECT NUMBER

(212) 701-3137

MICHAEL J. OHLER
KENNETH W. ORCE
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
ROY L. REGOZIN
DEAN RINGEL
JAMES ROBINSON
THORN ROSENTHAL
JONATHAN A. SCHAFFZIN
JOHN SCHUSTER
MICHAEL A. SHERMAN
DARREN SILVER
HOWARD G. SLOANE
LAURENCE T. SORKIN
LEONARD A. SPIVAK
SUSANNA M. SUH
GERALD S. TANENBAUM
JONATHAN D. THIER
JOHN A. TRIPODORO
ROBERT USADI
GEORGE WAILAND

GLENN J. WALDRIP, JR.
MICHAEL B. WEISS
S. PENNY WINDLE
COREY WRIGHT
DANIEL J. ZUBKOFF
ADAM ZUROFSKY

———

SENIOR COUNSEL

LAWRENCE A. KOBRIN
IMMANUEL KOHN
DONALD J. MULVIHILL

———

COUNSEL

JAY GEIGER
RAND McQUINN*

———

*ADMITTED IN
DC, TX, VA ONLY

July 24, 2007

Re:    The Fairchild Corporation v. Alcoa Inc.

*9 7 CV 6185*

Dear Judge Marrero:

At the direction of the ECF clerk, the petitioner requests permission to maintain the exhibits to the Affidavit of Tammy L. Roy In Support Of The Fairchild Corporation's Petition To Vacate Arbitration Award in hard copy with the Court, and be relieved of the duty to file them electronically, given their voluminous nature. The Affidavit and exhibits were served on the respondent on July 3, 2007, and courtesy copies have been delivered to Your Honor.

Respectfully Submitted,

Adam Zurofsky

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 660
New York, New York 10007

BY HAND

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-07

Request GRANTED. Petitioner is authorized to file in hard copy in this action the exhibits to the Affidavit of Tammy L. Roy submitted in connection with the petition herein.

SO ORDERED:

7-24-07
DATE

VICTOR MARRERO, U.S.D.J.

CAHILL GORDON & REINDEL LLP

-2-

cc:                                              Via Facsimile

Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019-6522
Attention:    Evan R. Chesler, Esq.
              Daniel Slifkin, Esq.