UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>THE FAIRCHILD CORPORATION<br><br>　　　　　　Petitioner and Cross-Respondent,<br><br>　　　　　　vs.<br><br>ALCOA INC.<br><br>　　　　　　Respondent and Cross-Petitioner. | ECF<br><br>07-CV 6185 (VM) |

### DECLARATION OF EVAN R. CHESLER IN SUPPORT OF ALCOA INC.'S CROSS-PETITION TO CONFIRM ARBITRATION AWARD

EVAN R. CHESLER declares as follows:

1.　　I am a member of the law firm of Cravath, Swaine & Moore LLP, counsel for Respondent and Cross-Petitioner Alcoa Inc.

2.　　This declaration is submitted in support of Alcoa Inc.'s Cross-Petition to Confirm Arbitration Award.

3.　　Annexed hereto as Exhibit A is a true and correct copy of the following: Testimony of Donald Miller, transcript of hearing in the arbitration of Fairchild Corp. v. Alcoa Inc., CPR File No. G-06-22H.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 2, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Evan R. Chesler
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Evan R. Chesler