# CAHILL GORDON & REINDEL LLP
### EIGHTY PINE STREET
### NEW YORK, N.Y. 10005-1702

FLOYD ABRAMS
L. HOWARD ADAMS
ROBERT A. ALESSI
ROGER ANDRUS
HELENE R. BANKS
MICHAEL A. BECKER
LANDIS C. BEST
CARY A. BROOKS
SUSAN BUCKLEY
KEVIN J. BURKE
JAMES J. CLARK
BENJAMIN J. COHEN
CHRISTOPHER T. COX
W. LESLIE DUFFY
ADAM M. DWORKIN
RICHARD E. FARLEY
PATRICIA FARREN
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
BART FRIEDMAN
CIRO A. GAMBONI
WILLIAM B. GANNETT

CHARLES A. GILMAN
STEPHEN A. GREENE
ROBERT M. HALLMAN
WILLIAM M. HARTNETT
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
DAVID G. JANUSZEWSKI
ELAI KATZ
THOMAS J. KAVALER
DAVID N. KELLEY
EDWARD P. KRUGMAN
JOEL KURTZBERG
ALIZA R. LEVINE
GEOFFREY E. LIEBMANN
MICHAEL MACRIS
ANN S. MAKICH
JONATHAN I. MARK
GERARD M. MEISTRELL
MICHAEL E. MICHETTI
WILLIAM J. MILLER
ATHY A. MOBILIA
NOAH B. NEWITZ

TELEPHONE: (212) 701-3000
FACSIMILE: (212) 269-5420

1990 K STREET, N.W.
WASHINGTON, D.C. 20006-1181
(202) 862-8900
FAX: (202) 862-8958

AUGUSTINE HOUSE
6A AUSTIN FRIARS
LONDON, ENGLAND EC2N 2HA
(011) 44.20.7920.9800
FAX: (011) 44.20.7920.9825

WRITER'S DIRECT NUMBER

(212) 701-3137

MICHAEL J. OHLER
KENNETH W. ORCE
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
ROY L. REGOZIN
DEAN RINGEL
JAMES ROBINSON
THORN ROSENTHAL
JONATHAN A. SCHAFFZIN
JOHN SCHUSTER
MICHAEL A. SHERMAN
DARREN SILVER
HOWARD G. SLOANE
LAURENCE T. SORKIN
LEONARD A. SPIVAK
SUSANNA M. SUH
GERALD S. TANENBAUM
JONATHAN D. THIER
JOHN A. TRIPODORO
ROBERT USADI
GEORGE WAILAND

GLENN J. WALDRIP, JR.
MICHAEL B. WEISS
S. PENNY WINDLE
COREY WRIGHT
DANIEL J. ZUBKOFF
ADAM ZUROFSKY

SENIOR COUNSEL
LAWRENCE A. KOBRIN
IMMANUEL KOHN
DONALD J. MULVIHILL

COUNSEL
JAY GEIGER
RAND McQUINN*

*ADMITTED IN
DC, TX, VA ONLY

August 7, 2007

Re: The Fairchild Corporation v. Alcoa Inc.,
07 CV 6185 (VM)

Dear Judge Marrero:

    As counsel to The Fairchild Corporation ("Fairchild") in the above-referenced matter, I write to request permission, in accordance with Your Honor's Individual Practices, for leave to file a brief sur-reply memorandum to the Reply Memorandum filed by Alcoa Inc. ("Alcoa") on August 3, 2007.

    Fairchild has no desire to burden Your Honor with unnecessary paper. As Your Honor is aware, Fairchild filed its Petition to Vacate Arbitration Award on July 3, 2007. On July 17, 2007, Alcoa filed papers in opposition to Fairchild's Petition and in support of its own Cross-Petition To Confirm Arbitration Award. Rather than file both an opposition brief to Alcoa's motion and a reply brief in support of its own motion, Fairchild filed a single brief. Moreover, that single brief was 10 pages long, the length specified for reply papers in Your Honor's Individual Practices, rather than twenty-five pages (for opposition papers).

    However, rather than stick to the basic issue on these cross-motions — should the arbitration award at issue be vacated or confirmed? — Alcoa has put front and center its attempt to have this Court go beyond the Arbitration Award and not only confirm what the Award did find (approximately $12 million in indemnifiable expenses), but to rule on what the Award did not address: Fairchild's right to have any non-vacated amounts offset by the tax benefits realized by Alcoa in connection with the underlying expenses. Alcoa has introduced new authority and arguments on this issue in its reply brief and Fairchild respectfully requests leave to file a sur-reply of not more than five (5) pages to make sure that the salient points have been fully briefed. Fairchild would be able to

CAHILL GORDON & REINDEL LLP

-2-

file such a sur-reply within three (3) days of the grant of leave or such time as Your Honor deems appropriate.

Respectfully Submitted,

Adam Zurofsky

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 660
New York, New York 10007

BY FACSIMILE

cc:                                                  By Facsimile
    Cravath, Swaine & Moore LLP
    825 Eighth Avenue
    New York, NY 10019-6522
    Attention:    Evan R. Chesler, Esq.
                       Daniel Slifkin, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-07

Request DENIED. The Court considers the tax offsets issue to be sufficiently addressed in the parties' briefing papers filed. In the event any further argument appears necessary on this issue the Court will so inform the parties.

SO ORDERED:

8-7-07
DATE           VICTOR MARRERO, U.S.D.J.