USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE FAIRCHILD CORPORATION,

                Plaintiff,

-against-

ALCOA, INC.,

                Defendant.
-----------------------------------------------------------X

07 CIVIL 6185 (VM)

**JUDGMENT**

     Petitioner The Fairchild Corporation ("Fairchild") having moved to vacate, or to reduce by certain tax offsets, an award granted to respondent Alcoa Inc. ("Alcoa"); Alcoa having cross-moved to confirm the award in its entirety, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on September 14, 2007, having rendered its Decision and Order denying the petition of Fairchild to vacate the arbitration award, granting the cross-petition of Alcoa to confirm the Award, and ordering Fairchild to pay the Award in full in accordance with its terms within ten (10) calendar days of the Decision and Order dated September 14, 2007, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 14, 2007, the petition of Fairchild to vacate the arbitration award is denied; the cross-petition of Alcoa to confirm the Award is granted; and the Court orders Fairchild to pay the Award in full in accordance with its terms within ten (10) calendar days of the Decision and Order dated September 14, 2007; accordingly, the case is closed.

Dated: New York, New York
         September 17, 2007

J. MICHAEL McMAHON
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____