Adam Zurofsky
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York  10005
(212) 701-3000

*Attorneys for Petitioner*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SEP 19 2007

THE FAIRCHILD CORPORATION,

                                    Petitioner,

                  -against-

ALCOA INC.,

                                    Respondent.

No. 07 Civ. 6185 (VM)

NOTICE OF APPEAL

          PLEASE TAKE NOTICE that Petitioner The Fairchild Corporation

("Fairchild") hereby appeals to the United States Court of Appeals for the Second Circuit

from the Decision and Order of the United States Court for the Southern District of New

York (Victor Marrero, U.S.D.J.) dated September 14, 2007 and entered on September 17,

2007, and the Judgment entered on September 17, 2007.

          A true and correct copy of the Decision and Order is attached as Exhibit A

hereto.  A true and correct copy of the September 17, 2007 Judgment is attached as

Exhibit B.

Dated: New York, New York
       September 19, 2007

CAHILL GORDON & REINDEL LLP

By: _____
    Adam Zurofsky
80 Pine Street
New York, New York 10005
(212) 701-3000

*Attorneys for Petitioner*

TO:   Evan R. Chesler, Esq.
      Daniel Slifkin, Esq.
      Cravath, Swaine & Moore LLP
      Worldwide Plaza
      825 Eighth Avenue
      New York, New York  10019