MANDATE

SDNY(NYNY
07-cv-6185
Marrero

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

THE FAIRCHILD CORPORATION

Petitioner-Appellant

-against-

ALCOA INC.

Respondent-Appellee.

07-4039-CV

UNITED STATES COURT OF APPEALS
FILED
NOV 05 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel, that the above-captioned appeal is dismissed with prejudice pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, with each party to bear its own costs and fees.

CAHILL GORDON & REINDEL LLP

Adam Zurofsky
Member of the Firm
Eighty Pine Street
New York, NY 10005-1702
(212) 701-3000
(212) 269-5420 (facsimile)
Attorneys for Petitioner-Appellant
Fairchild Corporation

CRAVATH, SWAINE & MOORE LLP

Daniel Slifkin
Member of the Firm
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
(212) 474-3499 (facsimile)
Attorneys for Respondent-Appellee
Alcoa Inc.

SO ORDERED

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
Stanley A. Bass, Staff Counsel

NOV. 5, 2007

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by
DEPUTY CLERK

CERTIFIED:

11/8/2007

MANDATE

SDNY/NYNY
07-cv-6185
Marrero

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

THE FAIRCHILD CORPORATION

Petitioner-Appellant

-against-

ALCOA INC.

Respondent-Appellee.

07-4039-CV

UNITED STATES COURT OF APPEALS FILED NOV 05 2007 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel, that the above-captioned appeal is dismissed with prejudice pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, with each party to bear its own costs and fees.

CAHILL GORDON & REINDEL LLP

Adam Zurofsky
Member of the Firm
Eighty Pine Street
New York, NY 10005-1702
(212) 701-3000
(212) 269-5420 (facsimile)
Attorneys for Petitioner-Appellant
Fairchild Corporation

CRAVATH, SWAINE & MOORE LLP

Daniel Slifkin
Member of the Firm
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000
(212) 474-3499 (facsimile)
Attorneys for Respondent-Appellee
Alcoa Inc.

SO ORDERED

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
Stanley A. Bass, Staff Counsel

Nov. 5, 2007

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by
DEPUTY CLERK

CERTIFIED:

11/8/2007